NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 07a0066n.06
Filed: January 26, 2007

No. 06-3314

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JACK FLEMING,                                      )
                                                   )
      Plaintiff-Appellant,                     )
                                                   )
v.                                                 )     ON APPEAL FROM THE UNITED
                                                   )     STATES DISTRICT COURT FOR THE
FORD MOTOR COMPANY; UNITED                         )     NORTHERN DISTRICT OF OHIO
AUTO WORKERS, LOCAL 420,                           )
                                                   )
      Defendants-Appellees.                    )
                                                   )
                                                   )

Before: SUHRHEINRICH, GIBBONS and COOK, Circuit Judges.

PER CURIAM. Appellant appeals the district court's order granting summary judgment for Appellees. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.